AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| John Freeman p/k/a J-Praize d/b/a Hidden Scrolls Publishing <br> *Plaintiff* <br> v. <br> Katriana Sandra Huguet p/k/a Kat Dahlia, Justin Anthony DeSantis p/k/a J. Dens, Gabriel Antonio Cruz Padilla a/k/a Gabriel Cruz p/k/a Wise, Andres Recio, Argenis Alexander Torres p/k/a Heny Puro a/k/a Henry Puro, Sony Music Entertainment Inc. d/b/a Epic Records d/b/a Vested in Culture, WB Music Corporation, Warner/Chappell Music, Inc., Katto Valerie Music Publishing, LLC <br> *Defendants* | ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Gabriel Antonio Cruz Padilla a/k/a Gabriel Cruz p/k/a Wise
485 Brickell Avenue, Apt. 3902
Miami, FL 33131

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | |
|---|---|
| Kenneth E. Gordon (KG 5703) <br> GORDON, GORDON & SCHNAPP, P.C. <br> 30 Broad Street 21st Floor <br> New York, New York 10004 <br> Telephone: (212) 355-3200 <br> Facsimile: (212) 355-3292 | Richard S. Busch (SB 5613) <br> KING & BALLOW <br> 315 Union Street, Suite 1100 <br> Nashville, Tennessee 37201 <br> Telephone: (615) 259-3456 <br> Facsimile: (615) 726-541 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                              _____
                                                                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____    _____
                          *Server's signature*

                          _____
                          *Printed name and title*

                          _____
                          *Server's address*

Additional information regarding attempted service, etc: