UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOHN FREEMAN P/K/A J-PRAIZE D/B/A
HIDDEN SCROLLS PUBLISHING

                Plaintiff,

-against-

KATRIANA SANDRA HUGUET P/K/A
KAT DAHLIA, JUSTIN ANTHONY
DESANTIS P/K/A J. DENS, GABRIEL
ANTONIO CRUZ PADILLA A/K/A
GABRIEL CRUZ P/K/A WISE, ANDRES
RICO, ARGENIS ALEXANDER TORRES
P/K/A HENY PURO A/K/A HENRY PURO,
SONY MUSIC ENTERTAINMENT, INC.,
D/B/A EPIC RECORDS D/B/A VESTED IN
CULTURE, WB MUSIC CORPORATION,
WARNER/CHAPPELL MUSIC, INC.,
KATTO VARIE MUSIC PUBLISHING, LLC.

               Defendants.
-----------------------------------------------------------X

Case No. 1-15-cv-10161 (GHW)

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE THE APPEARANCES of The Jacobson Firm, P.C., by Jeffrey E. Jacobson, Esq. and Justin M. Jacobson, Esq., as co-counsel in this action on behalf of defendants WB Music Corporation and Warner/Chappell Music, Inc. Messrs. Jacobson and Jacobson certify they are admitted to practice in this Court.

TAKE FURTHER NOTICE, that all papers, pleadings, correspondence and communications shall be served and/or delivered upon the undersigned.

Dated: March 15, 2016
New York, New York

To:
Richard S. Busch
King & Ballow
315 Union Street, Suite #1100

/Justin M. Jacobson/
Justin M. Jacobson (JMJ 2022)

/Jeffrey E. Jacobson/
Jeffrey E. Jacobson (JEJ 1199)
The Jacobson Firm, P.C.
Attorneys for Defendants

THE JACOBSON FIRM, P.C.
347 FIFTH AVENUE
8TH FLOOR
NEW YORK, N.Y. 10016

(212) 683-2001

Nashville, Tennessee 37201
VIA ECF

Kenneth E. Gordon
Gordon, Gordon & Schnapp, P.C.
30 Broad Street, 21st Floor
New York, NY 10004
VIA ECF

Andres Recio
5880 Collins Avenue, Unit 1003
Miami Beach, FL 33140-2201
VIA USPS

347 Fifth Avenue, Eighth Floor
New York, NY 10016
Office -  (212) 683-2001
Fax-     (212) 645-5038
Justin@jacobsonfirm.com
Jeffrey@jacobsonfirm.com

THE JACOBSON FIRM, P.C.
347 FIFTH AVENUE
8TH FLOOR
NEW YORK, N.Y. 10016

(212) 683-2001

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2016, a true and correct copy of the foregoing Notice of Appearance was filed electronically and is available for viewing and downloading form the ECF system and was also served by U.S. Mail on:

Richard S. Busch
King & Ballow
315 Union Street, Suite #1100
Nashville, Tennessee 37201

Kenneth E. Gordon
Gordon, Gordon & Schnapp, P.C.
30 Broad Street, 21st Floor
New York, NY 10004

Andres Recio
5880 Collins Avenue, Unit 1003
Miami Beach, FL 33140-2201

Ana G. Castillo